UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TONY BURTON,

          Plaintiff,

    v.

J. LYNCH, Correctional Officer; G. KENNEDY, Correctional Officer, GIROD CORDELL, Nurse, JANE DOE #505, Nurse, JANE DOE #423, Nurse, CHRISTEN, Nurse, DR. SUPPLE, Facility Doctor, and WILLIAM J. CONNOLLY, Superintendent of Fishkill,

          Defendants.

**ORDER**

No. 08 Civ. 8791 (LBS)
Pro Se



SAND, J.

    Upon receipt of Defendants' letter of May 12, 2009, the Court takes notice that Plaintiff has failed to respond to Defendants' motion to dismiss filed on March 12, 2009. I hereby direct that Plaintiff file a response within twenty (20) days of the date of receipt of this Order. If Plaintiff fails to do so, Defendants' motion to dismiss will be granted.

    **SO ORDERED.**

Dated: May 20, 2009
New York, NY

_____
U.S.D.J.

COPIES MAILED TO ALL PARTIES