```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-3-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------
TONY BURTON,

            Plaintiff,          08 Civ. 8791 (LBS)

     - against -          Pro Se

J. LYNCH, et al.,            ORDER

            Defendants.
-----------------------------------------------------

    IT IS HEREBY ORDERED that an Assistant Attorney General may take the deposition of plaintiff TONY BURTON (DIN # 05-A-2086) before a notary public, or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at any New York State Correctional Facility, upon notice to the plaintiff and Superintendent of the correctional facility, and

    Plaintiff is further advised that if he fails to attend and complete his own deposition, the Court may impose sanctions pursuant to Fed. R. Civ. P. 37(d), which may include an order dismissing the complaint in this action.

*[signature]*

HON. LEONARD B. SAND, U.S.D.J.

10/3/09

**COPIES MAILED TO ALL PARTIES**